# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 7/12/2023 | Case Number: | 2:21-cv-00151 |
| Case Style: | GMC Real Estate, LLC vs. AmGUARD Insurance Company | | |
| Type of hearing: | Pretrial Conference | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:

Michael Payne

Attorney(s) for the Defendant(s):

Patrick Timony, Daniel J. Twilla, and Joshua A. Lanham

Law Clerk: Chantae Simms

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:58 AM | 10:20 AM | Non-Trial Time/Uncontested Time |
| 10:41 AM | 10:57 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 38 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 9:58 a.m.

Counsel for parties present
Discussion concerning jurisdiction
Both parties agree there is jurisdiction
Review of the facts in this matter
The parties discuss settlement
End time 10:20 a.m.

Start time 10:41 a.m.
The parties did not reach a settlement
Trial remains set for August 15, 2023, at 8:30 a.m.
Review of trial procedures
The parties are to advise the court of any updates concerning settlement by Wednesday, July 19, 2023.
End time 10:57 a.m.