IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

GMC REAL ESTATE, LLC,

    Plaintiff / Counterclaim Defendant,

v.                                       CIVIL ACTION NO. 2:21-cv-00151
                                             JUDGE GOODWIN

AmGUARD INSURANCE COMPANY,

    Defendant / Counterclaimant.

## Agreed Order Dismissing the Parties' Claims

       On this day came Plaintiff / Counterclaim Defendant, GMC Real Estate, LLC, by counsel, and Defendant / Counterclaimant, AmGUARD Insurance Company (collectively the "Parties"), by counsel, and respectfully inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Honorable Court to dismiss, with prejudice, all of the Parties' claims asserted in this civil action. The Parties represent that each shall pay their own fees, costs and expenses incurred in presenting their claims and/or defenses.

       The Court, being advised of the settlement and compromise of all claims by and among the same, does hereby ORDER, ADJUDGE and DECREE that the Parties' claims are DISMISSED WITH PREJUDICE and stricken from the docket.

       The Clerk is directed to forward a copy of this Order to counsel of record.

       ENTERED this _____ day _____, 2023.

                                                                                                   _____
                                                                                                   The Honorable Robert C. Goodwin

| Prepared and Submitted By: | Reviewed by: |
|---|---|

/s/ Patrick C. Timony
Patrick C. Timony (WVSB #11717)
Joshua A. Lanham (WVSB #13218)
BOWLES RICE LLP
Post Office Box 1386
Charleston, West Virginia  25325
(304) 347-1100
ptimony@bowlesrice.com
*Counsel for AmGUARD Insurance Company*

/s/ Michael D. Payne
Michael D. Payne (WVSB 8839)
REDMAN & PAYNE, PLLC
205 Capitol St., Ste. 400
Charleston, West Virginia 25302
Telephone: (304) 342-6800
mpayne@
*Counsel for Plaintiffs*

16123090.1

2